IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PHILIP SNEAD<br>*Plaintiff*<br><br>VS.<br><br>CITY OF KOUNTZE<br>*Defendant* | §<br>§<br>§<br>§   Civil Action No. 1:24-CV-00021<br>§<br>§<br>§ |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE TRUNCALE:

Plaintiff, **PHILIP SNEAD**, and Defendant, **CITY OF KOUNTZE, TEXAS,** hereby notify the Court the above-referenced matter has been resolved. The parties were able to reach a resolution of all claims and causes of action asserted by, between and among them.

Release and Dismissal documents are being prepared and will be circulated among the parties for finalization, and the parties anticipate that closing documents will be filed with the Court within the next thirty (30) days.

JACK E. URQUHART, ATTORNEY AT LAW

_/s/ Jack E. Urquhart_
JACK E. URQUHART
Texas Bar No. 20415600
Jack.urquhart47@gmail.com
JACK E. URQUHART, ATTORNEY AT LAW
1302 Waugh Drive, No. 880
Houston, Texas 77019
Telephone: (832) 723-2201

**ATTORNEY FOR PLAINTIFF**

-------------

**CALVERT EAVES CLARKE & STELLY, L.L.P.**
2615 Calder Avenue, Suite 1070
Beaumont, Texas 77702
Telephone:   (409) 832-8885
Facsimile:   (409) 832-8886

By: _____/s/ Alex J. Stelly, Jr._____
Alex J. Stelly, Jr.
Texas State Bar No.: 00791728
astelly@calvert-eaves.com
Frank D. Calvert, Of Counsel
Texas State Bar No.: 03667700
fcalvert@calvert-eaves.com
F. Blair Clarke
Texas State Bar No.: 04316560
fbclarke@calvert-eaves.com

**ATTORNEYS FOR DEFENDANT,
CITY OF KOUNTZE, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all known counsel of record in accordance with the Federal Rules of Civil Procedure on this the 16th day of February, 2024.

_____/s/ Alex J. Stelly, Jr._____
Alex J. Stelly, Jr.

2