IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PHILIP SNEAD, *Plaintiff,* <br><br> VS. <br><br> CITY OF KOUNTZE, TEXAS, *Defendant.* | § § § § § § § § § § CIVIL ACTION NO. 1:24-CV-00021 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Agreed Motion for Take Nothing Judgment and Order of Dismissal with Prejudice. [Dkt. 8]. The Parties advise the Court that all claims and demands asserted and involved against, between, and among them have been resolved and they now ask the Court to dismiss all claims with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 18th day of March, 2024.**

Michael J. Truncale
United States District Judge